467 A.2d 48

Commonwealth v. Williams, Appellant.

Submitted May 12, 1983. Samuel C. Stretton, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

467 A.2d 49

Commonwealth v. Zazo, Appellant.

Petition for Allowance of Appeal
Denied Mar. 26, 1984.

Submitted January 19, 1982. Douglas M. Johnson, Public Defender, for appellant; Ronald Thomas Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, WATKINS and LIPEZ, JJ.

Judgment of sentence affirmed.